# *EXHIBIT 1*

# *EXHIBIT 1*

BROOKS R. BROWN (CA Bar # 250724)
bbrown@goodwinlaw.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

Attorneys for Defendant:
QUICKEN LOANS INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN MATEO

SOUTHERN COURT

| | |
|---|---|
| CECELIA ANNE PERKINS, individually, as Trustee of the CECELIA ANNE PERKINS LIVING TRUST DATED JANUARY 6, 2016, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>QUICKEN LOANS, INC., a California Corporation,<br><br>Defendant. | Case No. 18-CIV-03639<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL**<br><br>Dept.:   TBD<br>Judge:  Presiding Judge<br>            Southern Court<br>            400 County Center<br>            Redwood City, CA 94603<br><br>Complaint Filed:   July 12, 2018 |

ACTIVE/96049534.1

NOTICE OF FILING OF NOTICE OF REMOVAL

To: Office of the Clerk
Superior Court of California, San Mateo
400 County Center
Redwood City, CA 94063

Defendant QUICKEN LOANS INC. hereby advises the Clerk of this Court that the above-captioned case has been removed to the United States District Court for the Northern District of California, San Francisco Division. A true and correct copy of the underlying Notice of Removal (without the exhibits), is attached hereto as **Exhibit A** for lodging in the Court's file of this matter. The Notice of Removal will be served on all counsel of record.

Furthermore, pursuant to 28 U.S.C. § 1446(d), this matter shall proceed no further unless and until the case is remanded to this Court by the United States District Court.

Respectfully submitted,

Dated: August 13, 2018    By: _____
BROOKS R. BROWN
bbrown@goodwinlaw.com
**GOODWIN PROCTER LLP**

Attorneys for Defendant:
QUICKEN LOANS INC.

Goodwin Procter LLP
901 New York Avenue NW
Washington, DC 20001

ACTIVE/96049534.1

2

NOTICE OF FILING OF NOTICE OF REMOVAL

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is: 601 Marshall Street, Redwood City, California 94063.

On **August 13, 2018**, I served the following document(s) on the person(s) below as follows:

### NOTICE OF FILING OF NOTICE OF REMOVAL

| | |
|---|---|
| Jaimie Mak<br>THE MERIDIAN LAW FIRM<br>California Street Center<br>50 California Street, Suite 1500<br>San Francisco, CA 94111 | Counsel for Plaintiff *Cecelia Anne Perkins*<br>Telephone: (415) 306-0838<br>Facsimile: (888) 551-8883<br>jmak@meridianfirm.com |
| Kim E. Richman<br>Jaimie Mak<br>THE RICHMAN LAW GROUP<br>81 Prospect Street<br>Brooklyn, New York 11201 | Counsel for Plaintiff *Cecelia Anne Perkins*<br>Telephone: (718) 705-4579<br>Facsimile: (718) 228-8522<br>krichman@richmanlawgroup.com<br>jmak@richmanlawgroup.com<br>*Not yet admitted PHV, courtesy copy only* |
| Todd S. Garber<br>D. Gregory Blankinship<br>Bradley F. Silverman<br>FINKELSTEIN, BLANKINSHIP,<br>FREI-PEARSON & GARBER, LLP<br>445 Hamilton Avenue, Suite 605<br>White Plains, New York 10605 | Counsel for Plaintiff *Cecelia Anne Perkins*<br>Telephone: (914) 298-3281<br>Facsimile: (914) 824-1561<br>tgarber@fbfglaw.com<br>gblankinship@fbfglaw.com<br>bsilverman@fbfglaw.com<br>*Not yet admitted PHV, courtesy copy only* |

☐ (E-MAIL or ELECTRONIC TRANSMISSION) By electronic service on **August 13, 2018**. My electronic service address is [email address]. Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed above.

☑ (OVERNIGHT DELIVERY). By overnight delivery. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 13, 2018**, at Redwood City, California.

Simone Robinson
(Type or print name)

(Signature)